IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY LEE STEWART, SR.,

    Plaintiff,

v.

KARL MIKKELSEN,

    Defendant.

ORDER

23-cv-91-jdp

---

TIMOTHY LEE STEWART, SR.,

    Plaintiff,

v.

DREW MUSSEY and DYLON HANSEN,

    Defendants.

ORDER

21-cv-764-jdp

---

TIMOTHY LEE STEWART, SR.,

    Plaintiff,

v.

JANE/JOHN DOE(S) and BELOIT POLICE DEPARTMENT,

    Defendants.

ORDER

24-cv-598-jdp

---

I dismissed each of these cases to sanction plaintiff Timothy Lee Stewart for his repeated misconduct, including using abusive langue toward opposing counsel and ignoring previous sanctions that I had placed on him. *Stewart v. Mikkelsen*, No. 23-cv-91-jdp, 2024 WL 4252755, at *3 (W.D. Wis. Sept. 20, 2024). I also barred Stewart from filing civil rights lawsuits for at least two years. *Id.*

Now Stewart, proceeding without counsel, appeals the dismissal of each of these three cases, and he seeks to proceed without prepayment of the appellate filing fees, also known as "in forma pauperis" status, on those appeals. *See* Dkt. 104 and Dkt. 106 in the '91 case.

A party is ineligible for in forma pauperis status on appeal if that party has not established indigence, the appeal is not taken in good faith, or the party is a prisoner and has three "strikes." Section 1915(a)(1),(3) and (g); *Sperow v. Melvin*, 153 F.3d 780, 781 (7th Cir. 1998). I will not certify that his appeals are taken in bad faith, so I will grant his motions for leave to proceed in forma pauperis. Based in the information in Stewart's financial affidavit, Dkt. 106, I will allow him to proceed without prepayment of any portion of the filing fees for these appeals.

## ORDER

IT IS ORDERED that:

1. Plaintiff's motions for leave to proceed without prepayment of the entire appellate filing fee in these cases are GRANTED.

2. The clerk of court is directed to ensure that plaintiff's obligation to pay the filing fees for each of these appeals is reflected in this court's financial records.

Entered November 26, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge